IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEPHEN B. COREY,                            )
                                             )      Civil Action No. 05-114
        PLAINTIFF,                           )
                                             )      Judge Joy Flowers Conti
        VS.                                  )
                                             )      Electronically Filed
SAMUEL J. NASSAN, III,                       )
individually and in his capacity             )
as an officer of the Pennsylvania            )
State Police, the PENNSYLVANIA               )
STATE POLICE, and JEFFREY B.                 )
MILLER, in his capacity as                   )
commissioner of the Pennsylvania             )
State Police,                                )
                                             )
        DEFENDANTS.                          )

STIPULATION OF SETTLEMENT

        AND NOW, come the Plaintiff, Stephen B. Corey, by his attorney, Joel M. Dresbold, and

the Defendants, Samuel J. Nassan, III, the Pennsylvania State Police, and Jeffrey B. Miller, by

their attorneys, Attorney General Thomas W. Corbett, Jr. and Senior Deputy Attorney General

Kemal Alexander Mericli, and stipulate that this case has been settled and discontinued.

Therefore, the above captioned action is hereby dismissed under 41(a)(ii) of the Federal Rules of

Civil Procedure.

Respectfully submitted,


*/s/Joel M. Dresbold*                        */s/Kemal Alexander Mericli*
Joel M. Dresbold                             Senior Deputy Attorney General
Attorney for Plaintiff                       Attorney for Defendants
432 Boulevard of the Allies                  Office of the Attorney General
Pittsburgh, PA 15219                         6th Floor, Manor Complex
(412) 281-7066                               564 Forbes Avenue
Attorney I.D. No. 19730                      Pittsburgh, PA 15219
                                             (412) 565-5438
Date: January 12, 2007                       Attorney I.D. No. 27703